## AFFIDAVIT IN SUPPORT OF A COMPLAINT FOR FORFEITURE

I, Edgar Jones, being first duly sworn, depose and state:

1.     I am a Special Agent for the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and have been since October of 2009. Prior to ICE-HSI's creation, between 2007 and 2009, I was employed as an Immigration Enforcement Agent (IEA) with the Enforcement and Removal Operations (ERO) component of ICE. I attended the Federal Law Enforcement Training Center (FLETC) at Glynco, Georgia. I completed the ICE Academy, which included training in enforcing Title 8 of the U.S. Code. I subsequently graduated from the Criminal Investigator Training Program (CITP), which included training in investigating violations of Title 18 of the U.S. Code.

2.     The information contained in this affidavit is known to me through personal direct knowledge, and /or through a review of official reports prepared by other law enforcement and investigative personnel. This affidavit is submitted in support of a complaint for forfeiture for the following property:

      A.   A Taurus G2C, 9mm pistol, serial number TLX51365; and

      B.   Twelve rounds of 9mm ammunition.

3.     On February 1, 2020, the Washington County, Kansas Sheriff's Office was dispatched to a disturbance in Greenleaf, Kansas, involving Carlos Alberto Pesina-Velasquez (Pesina-Velasquez).

4.     Pesina-Velasquez stated to Sheriff's Deputy Jeffrey Browne that just prior to the arrival of law enforcement, he hid a gun he possessed inside a trash can. Pesina-Velasquez claimed the gun belonged to his brother-in-law.

5.     The gun was identified as a Taurus G2C 9mm pistol, serial number TLX51365.

6.     Pensia-Velasquez possessed a fraudulent Lawful Permanent Resident card displaying his name, photograph, and an alien registration number not assigned to him.

7.     Pesina-Velasquez was illegally or unlawfully present in the United States.

8.     On March 4, 2020, Pesina-Velasquez was indicted in U.S. District of Kansas Case No. 20-40014 with visa fraud in violation of 18 U.S.C. § 1546(a) and with being an alien in possession of a firearm in violation of 18 U.SC. § 922(g)(5)(A). These charges were dismissed on April 28, 2020, due to the deportation of Pesina-Velasquez.

9.     Based upon the foregoing, I have probable cause to believe that the firearm and ammunition referenced in paragraph 2, above, is forfeitable to the United States pursuant to 18 U.S.C. § 924(d) because it was used or involved in the commission of a violation of 18 U.SC. § 922(g)(5)(A).

_____
Edgar Jones
Special Agent
Homeland Security Investigations


Sworn to and subscribed before me this 18 day of April, 2023.

_____
Notary Public

JAMES R BUCKLEY III,
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES DECEMBER 14, 2024
CLAY COUNTY
COMMISSION #12447040

2